UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re: Case No.: 20-14039-MAM

MELISSA JACQUELINE FOSSUM Chapter 13

Debtor.
_____________________________/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**JAMES D. SILVER** and **ANDREW KAMENSKY** of **Kelley Kronenberg**, hereby give Notice of Appearance as counsel on behalf of **Align Real Estate, LLC, Align Real Estate Services, LP, JDMJ Investments, LLC, JDC Investments WC, LLC, Align 22 Texas, LLC and Align WCC, LLC, Jason Chadorchi, David Balducci, and Julian Marsh**, collectively as Creditors and/or interested parties, and request that pleadings, orders, notices, and all other papers and filings relating to the above-captioned bankruptcy be served on:

**James D. Silver and Andrew Kamensky**
KELLEY KRONENBERG
10360 West State Road 84
Fort Lauderdale, FL 33324
Telephone: 954-370-9970
jsilver@kelleykronenberg.com
akamensky@kelleykronenberg.com
raldama@kelleykronenberg.com

Please take further notice that this notice of appearance is not intended as, nor is it a consent to jurisdiction of the Bankruptcy Court or to the Bankruptcy Court's entry of final orders or judgments.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Dated: April 14, 2020.

Respectfully submitted,

**KELLEY KRONENBERG**
*Counsel for* **Align Real Estate, LLC, Align Real Estate Services, LP, JDMJ Investments, LLC, JDC Investments WC, LLC, Align 22 Texas, LLC and Align WCC, LLC, Jason Chadorchi, David Balducci, and Julian Marsh**
10360 West State Road 84
Fort Lauderdale, FL 33324
Telephone: 954-370-9970
*jsilver@kelleykronenberg.com*
*akamensky@kelleykronenberg.com*
*raldama@kelleykronenberg.com*

By: */s/ James D. Silver*
James D. Silver
Florida Bar No.: 373702
Andrew Kamensky
Florida Bar No.: 127574

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** I hereby certify that on April 14, 2020, a true and correct copy of the foregoing Notice of Appearance has been furnished via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record and pro se parties authorized to receive electronically Notices of Electronic Filing in this case.

*/s/ James D. Silver*
James D. Silver